UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SCOTT HUGHETT, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CITY OF INDIANAPOLIS, )<br>MAYOR BART PETERSON, )<br>)<br>Defendants. ) | No. 1:06-cv-0411-JDT-TAB |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed *in forma pauperis* is **granted.**

2. The plaintiff is assessed an initial partial filing fee of $4.87. He shall have through April 26, 2006, in which to pay that sum to the clerk of the district court.

**IT IS SO ORDERED.**

Date: 03/27/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

SCOTT HUGHETT
974468
Branchville Correctional Facility
P.O. Box 500
Tell City, IN 47586